McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KAUR,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 07-S-493 DFL GGH<br><br>JOINT STIPULATION EXTENDING TIME FOR FILING ANSWER TO COMPLAINT AND ORDER. |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a de novo determination of that Application pursuant to 8 U.S.C. § 1447(b). Defendant United States Citizenship and Immigration Services hereby advises the Court that the agency has requested an expedite of plaintiff's background name check from the Federal Bureau of Investigation. The parties anticipate that the name check will be completed within an additional 60 days, and that at that time the matter will be ripe for administrative adjudication. Accordingly, the parties stipulate to a 60-day extension of time for the filing of the Defendants' answer to the complaint.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: May 9, 2007 | /s/ Audrey B. Hemesath<br>Audrey Hemesath<br>Assistant United States Attorney |
|   | /s/ Robert B. Jobe<br>Counsel for Plaintiff |

**ORDER**

For the reasons set forth in the Joint Stipulation, the time for filing the Defendants' answer to the complaint is extended until July 13, 2007.

Dated:   May 17, 2007                              /s/ David F. Levi

                                                                  UNITED STATES DISTRICT JUDGE