Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Petitioner,
Inderjit Kaur.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KAUR, <br><br> Petitioner, <br><br> v. <br><br> SUSAN CURDA, OFFICER-IN-CHARGE, SACRAMENTO SUB-OFFICE; SHELBY HARRIS, SUPERVISORY ADJUDICATIONS OFFICER, SACRAMENTO SUB-OFFICE; TED QUIZON, SUPERVISORY ADJUDICATIONS OFFICER, SACRAMENTO SUB-OFFICE; DAVID STILL, DISTRICT DIRECTOR, SAN FRANCISCO DISTRICT OFFICE; EMILIO T. GONZALEZ, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ALBERTO GONZALES, U.S. ATTORNEY GENERAL; ROBERT MUELLER, III, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, <br><br> Respondents. | No.   2:07-CV-00493-RRB-GGH <br><br> MOTION FOR VOLUNTARY DISMISSAL AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41, Petitioner, Inderjit Kaur, through counsel, requests that her complaint currently pending before the Court be dismissed.  Subsequent to the filing of her complaint, Defendants granted Ms. Kaur's application for naturalization.  She is, therefore, no longer alleging that Defendants are unlawfully delaying adjudication of that application.

1   WHEREFORE, Petitioner prays that this Court allow her to voluntarily dismiss her
2  complaint.

4  Dated:      July 20, 2007        Respectfully submitted,

5                                   /s/ Robert B. Jobe

6                                   _____
                                    Robert B. Jobe
                                    Counsel for Petitioner

**ORDER**

   IT IS HEREBY ORDERED that Petitioner's motion for dismissal of the action be
granted.

Dated:      July 20, 2007
                                    /s/ Ralph R. Beistline
                                    HON. RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE

Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Petitioner,
Inderjit Kaur.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KAUR,<br><br>  Petitioner,<br><br>  v.<br><br>SUSAN CURDA, OFFICER-IN-CHARGE, SACRAMENTO SUB-OFFICE; SHELBY HARRIS, SUPERVISORY ADJUDICATIONS OFFICER, SACRAMENTO SUB-OFFICE; TED QUIZON, SUPERVISORY ADJUDICATIONS OFFICER, SACRAMENTO SUB-OFFICE; DAVID STILL, DISTRICT DIRECTOR, SAN FRANCISCO DISTRICT OFFICE; EMILIO T. GONZALEZ, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL CHERTOFF, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; ALBERTO GONZALES, U.S. ATTORNEY GENERAL; ROBERT MUELLER, III, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION,<br><br>  Respondents. | No.   2:07-CV-00493-RRB-GGH<br><br>[PROPOSED] ORDER |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Petitioner's motion for dismissal of the action be granted.

Dated:   _____          _____
                                   RALPH R. BEISTLINE
                                   UNITED STATES DISTRICT JUDGE